IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW CAIRNS, : | |
| : | CIVIL ACTION |
| Petitioner, : | |
| v. : | NO. 19-cv-05351-CDJ |
| : | |
| SUPERINTENDENT MCGINLEY, et. al. : | |
| : | |
| Respondents. : | |

## ORDER

**AND NOW**, this 15th day of September, 2021, upon consideration of Petitioner's Motion to Expand the Record (Doc. No. 14) and Petitioner's Motion to Order Respondents to Preserve Official Documents (Doc. No. 17),

**IT IS HEREBY ORDERED** that the Motions are **DENIED**.

BY THE COURT:


 *s/ Richard A. Lloret*
HON. RICHARD A. LLORET
U. S. MAGISTRATE JUDGE