IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW CAIRNS,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>THOMAS MCGINLEY, et al.,<br><br>　　　　　　Respondents. | CIVIL ACTION<br><br>No. 19-5351-KSM |

## ORDER

**AND NOW** this 6th day of October, 2023, upon consideration of Petitioner's Motions to Reconsider (Doc. Nos. 43, 44), it is **ORDERED** that the motions are **DENIED.**

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/*Karen Spencer Marston*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**KAREN SPENCER MARSTON, J.**